

<div style="text-align:right">
305 Madison Avenue<br>
New York, NY 10165<br>
T: 212-922-1080<br>
F: 212-949-8255<br>
<br>
Isabelle A. Kirshner<br>
Partner<br>
kirshner@clayro.com
</div>

June 29, 2023

BY ECF
Hon. Anne M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Arkadiy Khaimov
               S1 20 Crim. 580 (AMD)

Dear Judge Donnelly:

    We are the attorneys for Arkadiy Khaimov, the above-named defendant. I am writing in response to the Probation Department's request for an adjournment of sentencing, currently scheduled for August 1, 2023.

    I have consulted with AUSA Estes about a date that accommodates both of our schedules. I will be travelling at the end of August and both Mr. Estes and I have trial commitments in September. The Jewish holidays conclude on October 8, 2023. Therefore, we request that the Court adjourn the sentence until sometime during or after the week of October 16, 2023.

    Thank you for your attention to this matter.

<div style="margin-left:50%">
Respectfully submitted,<br>
/s/<br>
ISABELLE KIRSHNER
</div>

cc: Andrew Estes (via ECF)
    Jennifer Bauman (by email)